IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**OUSMANE SYLL**,

    Petitioner,

v.                                                       Civil Action No. **3:22CV170**

**CAROLINE DETENTION FACILITY**, *et al.*,

    Respondents.

### MEMORANDUM OPINION

Petitioner, a federal detainee proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on October 5, 2022, the Court directed Petitioner, within thirty (30) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. More than thirty (30) days have elapsed since the entry of the October 5, 2022, Memorandum Order, and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

/s/ JG
John A. Gibney, Jr.
Senior United States District Judge

Date: 16 November 2022
Richmond, Virginia